**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL STAGG,

    Plaintiff,

  v.

SCOTT'S JACK LONDON SEAFOOD, INC. a California Corporation, FOOD SPECIALIST, INC., a California Corporation, RAYMOND GALLAGHER and STEPHEN E. FAGALDE,

    Defendants.

No. C 10-02824 CRB

**ORDER OF DISMISSAL**

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: August 18, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE