MICHAEL B. BASSI (SBN 75782)
   (mbbassi@bassilaw.com)
RICHARD M. SHEARER (SBN 124604)
   (rmshearer@bassilaw.com)
MICHAEL B. BASSI
A Law Corporation
500 Sansome St., 8th Flr.
San Francisco, CA 94111
Telephone:  (415) 986-8122
Facsimile:  (415) 986-0733

Attorneys for Plaintiff
MICHAEL STAGG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STAGG,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT'S JACK LONDON SEAFOOD, INC., a California corporation, FOOD SPECIALISTS, INC., a California corporation, RAYMOND GALLAGHER, STEPHEN E. FAGALDE, and DOES 1 though 10, inclusive,<br><br>    Defendants. | CASE NO.  3:10-cv-02824-CRB<br><br>**STIPULATION AND NOTICE OF VOLUNTARY DISMISSAL (F.R.C.P. 41(a)**<br><br>Action Filed: June 28, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE pursuant Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SIGNATURES APPEAR ON THE NEXT PAGE.

/ / /

/ / /

1

Michael B. Bassi
A Law Corporation

**COMPLAINT FOR VIOLATION OF FAMILY & MEDICAL LEAVE ACT**
Case No. 3:10-cv-02824-CRB

| | | | |
|---|---|---|---|
| 1 | DATED: | September 9, 2011 | MICHAEL B. BASSI<br>A Law Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | By _/s/ Richard M. Shearer_<br>RICHARD M. SHEARER |
| 5 | | | Attorneys for Plaintiff<br>MICHAEL STAGG |
| 6 | | | |
| 7 | DATED | September 9, 2011 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 8 | | | |
| 9 | | | By _/s/ Lisa Barnett Sween_ |
| 10 | | | LISA BARNETT SWEEN<br>Attorneys for Defendants |
| 11 | | | SCOTT'S JACK LONDON SEAFOOD, INC., FOOD SPECIALISTS, INC., RAYMOND GALLAGHER and |
| 12 | | | STEPHEN E. FAGALDE |

15  K:\Stagg\Pleadings\FMLA_CFRA action\Dismissal.wpd

---

2

**COMPLAINT FOR VIOLATION OF FAMILY & MEDICAL LEAVE ACT**
Case No. 3:10-cv-02824-CRB

Michael B. Bassi
A Law Corporation